**Order entered September 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01087-CV

## IN RE GREGORY GARDNER, Relator

**Original Proceeding from the Justice of the Peace, Precinct 1, Place 1
Dallas County, Texas
Trial Court Cause No. JE-190590311**

## ORDER
Before Justices Whitehill, Partida-Kipness and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** relator's September 6, 2019 petition for writ of mandamus for want of jurisdiction.

/s/      ROBBIE PARTIDA-KIPNESS
         JUSTICE